

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL CASE NO.: 15-12867-GG

DUDLEY KINLOCK,
    Appellant,

v.

WELLS FARGO BANK N.A., ET AL.,
    Appellee.
_____/

## NOTICE OF CHANGE OF ADDRESS

Appellant, Dudley Kinlock, files this Notice of Change of Address in the above captioned case. All future pleadings, memorand, correspondence, orders, etc., shall be sent to:

    Dudley Kinlock
    P. O. Box 550114
    Ft. Lauderdale, FL 33355

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Change of Address was furnished via U.S. Mail to:

## SERVICE LIST

Greenberg Traurig, P.A.
Kimberly S. Mello
625 E. Twiggs Stree
Suite 100
Tampa, Florida 33602

Gonzalez & Cartwright
813 Lucerne Avenue
Lake Worth, Florida 33460

Greenberg Traurig, P.A.
Michele L. Stocker
401 East las Olas Blvd.
Suite 2000
Ft. Lauderdale, Florida 33301

October 9th, 2015

Respectfully submitted,

_____
Dudley Kinlock
P. O. Box 550114
Ft. Lauderdale, Florida 33355
(305) 527-9077



UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
ELBERT PARR TUTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta Georgia 30303

13 OCT 2015 PM 2 L

MIAMI FL 331